In re: 26-61514-PMB

____________________________

CERTIFICATE OF MAILING

I certify that the Order (Doc. No. 16) was served by US Mail to the following parties:

Omarri Suggs
CarMax Auto Finance dba CarMax Business Srvcs, LLC
225 Chastain Meadows Court, Ste 210
Kennesaw, GA 30144

Brandi N. Greer
Farmers Home Furniture
Attn: Corporate Credit Department
P.O. Box 1140
Dublin, GA 31040

Progress Residential Borrower 8, LLC
c/o Matthew F. Totten
The Totten Firm, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Date Mailed: 9/22/2026

VANIA S. ALLEN
By: [signature]
Charles Slater