UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 26-61514-PMB |
| CHARMAYNE A. HUTCHINS, | CHAPTER 13 |
| DEBTOR. | JUDGE PAUL BAISIER |
| MELISSA J. DAVEY, STANDING CHAPTER 13 TRUSTEE, Movant, | |
| v. | CONTESTED MATTER |
| CHARMAYNE A. HUTCHINS, Respondent. | |

**CHAPTER 13 TRUSTEE'S**
**OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1. Pursuant to testimony from the meeting of creditors, Debtor has a pending personal injury case. The Chapter 13 Petition and schedules fail to fully disclose this lawsuit or claim in violation of 11 U.S.C. Section 521 and Bankruptcy Rule 1007(h).

2. Pursuant to testimony from the meeting of creditors, Debtor is represented by counsel in a pending/or anticipated non-bankruptcy litigation. The attorney must be approved as special counsel by the Bankruptcy Court in accordance with 11 U.S.C. Section 329 and Bankruptcy Rules 2016 and 2017.

3. The Chapter 13 Plan fails to provide that Debtor may not settle their pending/anticipated lawsuit without first seeking approval of the Bankruptcy Court, and that all net proceeds from the Debtor's pending/anticipated lawsuit will be paid to the Trustee for distribution to allowed unsecured claims, as required by 11 U.S.C. Sections

1325(a)(3), 1325(a)(4), and 1325(b).

4. The Chapter 13 petition and schedules fail to disclose Debtor's interest in back child support owed of $500.00 in violation of 11 U.S.C. Section 521.

5. The Chapter 13 Plan appears to be infeasible because the budget in the Schedules fails to include an expense for a 401(k) loan in the amount of $65.00 per month. 11 U.S.C. Section 1325(a)(6).

6. Debtor may not be contributing all projected disposable income to creditors, as the Debtor's Schedules fail to reflect child support income of $400.00 per month in violation of 11 U.S.C. Sections 1325(a)(3), 1325(a)(7), and/or 1325(b).

7. Debtor's Schedules I and/or J fail to accurately reflect a monthly expense of $190.00 per month for Rent-A-Center, preventing the Chapter 13 Trustee from determining whether the Plan complies with 11 U.S.C. Sections 1325 (a)(3), (a)(6), and/or 1325(b)(1)(B).

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated: October 23, 2026

/s/Kelsey A. Makeever
Kelsey A. Makeever
Attorney for the Chapter 13 Trustee
GA Bar No. 371499
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 26-61514-PMB |
| CHARMAYNE A. HUTCHINS, | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE PAUL BAISIER |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
MATTHEW T. BERRY & ASSOCIATES

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:
CHARMAYNE A. HUTCHINS
2090 HYDRANGEA LANE
AUSTELL, GA 30106

Dated: October 23, 2026

/s/Kelsey A. Makeever

Kelsey A. Makeever
Attorney for the Chapter 13 Trustee
GA Bar No. 371499
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com