**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

**Signed as Revised by the Court**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Charmayne Alberta Denise Hutchins | ) | CASE NO. 26-61514-pmb |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | Judge Paul Baisier |
| ______________________________ | ) | |
| | ) | |
| Progress Residential Borrower 8, LLC | ) | CONTESTED MATTER |
| | ) | |
| Movant. | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| Charmayne Alberta Denise Hutchins, Debtor; Vicky Barber, Codebtor; and | ) | |
| | ) | |
| Melissa J. Davey, Trustee | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On September 21, 2026, Progress Residential Borrower 8, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 19) (the "Motion"). The Motion concerns rented real property known as 2090 Hydrangea Ln, Austell GA 30106 (the "Property").

A hearing on said Motion was held on October 15, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor, Codebtor, or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor, Codebtor, or Trustee.

The Court, having considered the Motion and all other matters of record, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to permit Movant to proceed with a dispossessory action and judgment to obtain possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Kelsey A. Makeever (w/ exp perm)
Kelsey A. Makeever
GA BAR NO. 371499
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree St. NE
Atlanta, GA 30303

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Susan H. Senay
Matthew T. Berry & Associates
Ste 600
2751 Buford Highway NE
Atlanta, GA 30324

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of K. Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree St. NE
Atlanta, GA 30303

Charmayne Alberta Denise Hutchins, Debtor
2090 Hydrangea Ln
Austell GA 30106

Vicky Barber, Codebtor
2090 Hydrangea Ln
Austell GA 30106

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-61514-pmb
Charmayne Alberta Denise Hutchins Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Nov 03, 2026 Form ID: pdf402 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charmayne Alberta Denise Hutchins, 2090 Hydrangea Lane, Austell, GA 30106-2660 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Vicky Barber, Codebtor&line_sep;2090 Hydrangea Ln& |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew D. Gleason | on behalf of Creditor Carmax Auto Finance dba CarMax Business Services LLC agleason@lrglaw.com |
| Carrie L Oxendine | on behalf of Debtor Charmayne Alberta Denise Hutchins E-Notice@mattberry.com;berry.associates.carrie@gmail.com;Oxendine.CarrieB147380@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 8 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Matthew Thomas Berry | on behalf of Debtor Charmayne Alberta Denise Hutchins E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@s |

itekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com

Melissa J. Davey
mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com

Susan H. Senay
on behalf of Debtor Charmayne Alberta Denise Hutchins E-Notice@mattberry.com;berry.associates.susan@gmail.com

TOTAL: 6