**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

| | | |
|---|---|---|
| In Re: | Debtor(s)<br>**Charmayne Alberta Denise Hutchins**<br>2090 Hydrangea Lane<br>Austell, GA 30106<br><br>**xxx−xx−4991** | Case No.: **26−61514−pmb**<br>Chapter: **13**<br>Judge: **Paul Baisier** |

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

(8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

Dated: November 6, 2026

New Form 132

Paul Baisier
United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Georgia

In re: Charmayne Alberta Denise Hutchins
Debtor

Case No. 26-61514-pmb
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9 | User: bncadmin | Page 1 of 5
Date Rcvd: Nov 06, 2026 | Form ID: 132 | Total Noticed: 81

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charmayne Alberta Denise Hutchins, 2090 Hydrangea Lane, Austell, GA 30106-2660 |
| cr | + | Progress Residential Borrower 8, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338, UNITED STATES 30338-4154 |
| 26080025 | | Defoors Ridge Apts Habersham Pro, 2011 Defoor Ave NW, Atlanta, GA 30318 |
| 26080030 | + | Habersham Properties Inc, 450 East Paces Ferry Rd, Atlanta, GA 30305-3301 |
| 26080038 | + | Milestone, 4550 New Linden Hill Rd #400, Wilmington, DE 19808-2952 |
| 26080051 | + | Revel, PO Box 3200, Buffalo, NY 14201-3200 |
| 26080053 | | Scratch Services, LLC, Attn: Bankruptcy, PO Box 411285, San Francisco, CA 94141-1285 |
| 26080057 | | Tbom/cci Mc, The Bank of Missouri, Attn: Bankruptcy, 906 N Kingshighway St, Perryville, MO 63775-1204 |
| 26164493 | + | US AUTO SALES INC, C/O WESTLAKE PORTFOLIO MANAGEME, 4751 WILSHIRE BLVD SUITE 100, LOS ANGELES, CA 90010-3847 |
| 26080062 | | Viva Finance, Attn: Bankruptcy, 1447 Peachtree St NE Ste 700, Atlanta, GA 30309-3030 |
| 26080063 | + | Viva Finance, PO Box 4499, Beaverton, OR 97076-4499 |
| 26080064 | | Webbank/onemain/fis, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Nov 06 2026 20:20:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 26079997 | | Email/Text: famc-bk@1stassociates.com | Nov 06 2026 20:23:00 | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 26080003 | | Email/Text: bnc@atlasacq.com | Nov 06 2026 20:20:00 | Atlas Acquisitions, on behalf of Independence Capital, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 26085826 | | Email/Text: bnc@atlasacq.com | Nov 06 2026 20:20:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 26192641 | | Email/Text: bnc@atlasacq.com | Nov 06 2026 20:20:00 | Atlas Acquisitions LLC, on behalf of Independence, Capital Recovery LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 26079998 | | Email/Text: bankruptcynotices@aarons.com | Nov 06 2026 20:23:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy SE Ste 300, Atlanta, GA 30339-3182 |
| 26079999 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 06 2026 20:28:27 | Affirm, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 26080000 | | Email/Text: bncnotifications@pheaa.org | Nov 06 2026 20:21:00 | American Education Services, AES Credit, Attn: Bankruptcy, PO Box 61047, Harrisburg, PA 17106-1047 |
| 26080001 | + | Email/Text: bnc-applied@quantum3group.com | Nov 06 2026 20:23:00 | Applied Bnk, Attn: Bankruptcy, 2200 Concord Pike Ste 102, Wilmington, DE 19803-2978 |

| | | | | |
|---|---|---|---|---|
| 26080002 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 06 2026 20:20:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 26080041 | | Email/Text: erik.medeiros@blincloans.com | Nov 06 2026 20:20:00 | One Blinc Loans, Attn: Bankruptcy, 225 E Dania Beach Blvd Ste 202, Dania Beach, FL 33004-3048 |
| 26080004 | | Email/Text: bankruptcy@bmgmoney.com | Nov 06 2026 20:34:00 | Bmg Money, Attn: Bankruptcy, 444 Brickell Ave Ste 250, Miami, FL 33131-2404 |
| 26080005 | + | Email/PDF: cbp@omf.com | Nov 06 2026 20:28:18 | Brightway/onemain, PO Box 981037, Boston, MA 02298-1037 |
| 26109769 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 06 2026 20:21:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 26080011 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 06 2026 20:21:00 | Carmax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek Pkwy, Henrico, VA 23238 |
| 26080010 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 06 2026 20:21:00 | Carmax Auto Finance, PO Box 6045, Carol Stream, IL 60197 |
| 26080009 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 06 2026 20:21:00 | Carmax Auto Finance, dba Carmax Business Svcs LLC, 225 Chastain Meadows Ct #210, Kennesaw, GA 30144 |
| 26080021 | | Email/Text: cfcbackoffice@contfinco.com | Nov 06 2026 20:21:00 | Continental Finance Co, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 26080022 | | Email/Text: cfcbackoffice@contfinco.com | Nov 06 2026 20:21:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 26080006 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2026 20:28:18 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 26080007 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2026 20:28:35 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 26080008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2026 20:28:21 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 26080012 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 06 2026 20:22:00 | Chime, Attn: Bankruptcy, 101 California St Ste 500, San Francisco, CA 94111-3580 |
| 26080013 | | Email/Text: omx-bnc-bk-notices@chime.com | Nov 06 2026 20:22:00 | Chimefinal, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 26080014 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2026 20:22:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 26080015 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2026 20:22:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 26080017 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2026 20:22:00 | Comenity Bank/Kingsize, Attn: Bamkruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 26080016 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2026 20:22:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 26080018 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2026 20:22:00 | Comenity/onestop, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 26080019 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2026 20:22:00 | Comenityl/Prcpgd, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 26080020 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 06 2026 20:34:00 | Concora Credit, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 26080023 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2026 20:28:06 | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 26080024 | | Email/Text: bankruptcynotices@current.com | Nov 06 2026 20:22:00 | Current, Attn: Bankruptcy, 217 Centre St # 180, New York, NY 10013-3624 |

| | | | | |
|---|---|---|---|---|
| 26080026 | | Email/Text: corporatecredit@farmersfurniture.com | Nov 06 2026 20:23:00 | Farmers Home Furniture, Attn: Bankruptcy, PO Box 1140, Dublin, GA 31040-1140 |
| 26114474 | | Email/Text: corporatecredit@farmersfurniture.com | Nov 06 2026 20:23:00 | Farmers Home Furniture, Attn: Corporate Credit Department, P.O. Box 1140, Dublin, GA 31040 |
| 26080027 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 06 2026 20:28:11 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 26080029 | | Email/Text: brnotices@dor.ga.gov | Nov 06 2026 20:23:00 | Georgia Department of Revenue, Attn: Bankruptcy, 2595 Century Parkway NE Suite 339, Atlanta, GA 30345 |
| 26080028 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 06 2026 20:34:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 26080031 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 06 2026 20:34:00 | Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 26080032 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 06 2026 20:22:00 | Internal Revenue Service, 401 West Peachtree Street, NW, Mail Stop 334-D, Atlanta, GA 30308 |
| 26080033 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2026 20:23:00 | Jefferson Capital, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 26080034 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2026 20:23:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 26080035 | | Email/Text: bankruptcy@kikoff.com | Nov 06 2026 20:21:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Ste 226, San Francisco, CA 94111-1458 |
| 26080036 | + | Email/Text: bankruptcy@kikoff.com | Nov 06 2026 20:21:00 | Kikoff, 633 Folsom St #300, San Francisco, CA 94107-3600 |
| 26080037 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2026 20:28:12 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 26080052 | | Email/Text: connectcommunications@mrvbanks.com | Nov 06 2026 20:21:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 26080039 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 06 2026 20:21:00 | Nissan, PO Box 660366, Dallas, TX 75266-0366 |
| 26080040 | ^ | MEBN | Nov 06 2026 20:15:57 | Nissan Motor Acceptance Corpor, c/o NCB Management Services, 1 Allied Dr, Trevose, PA 19053-6945 |
| 26080042 | + | Email/Text: bncnotifications@pheaa.org | Nov 06 2026 20:21:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 26080043 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 06 2026 20:28:11 | Premier, PO Box 1348, Sioux Falls, SD 57101-1348 |
| 26080044 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2026 20:23:00 | Premier Bankcard LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 26080045 | + | Email/Text: bknotices@progressresidential.com | Nov 06 2026 20:34:00 | Progress Residential, 7500 N Dobson Rd Ste 300, Scottsdale, AZ 85256-2727 |
| 26080046 | + | Email/Text: bknotices@progressresidential.com | Nov 06 2026 20:34:00 | Progress Residential, 2658 Holcomb Bridge Road, Alpharetta, GA 30022-6822 |
| 26118610 | | Email/Text: bnc-quantum@quantum3group.com | Nov 06 2026 20:22:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 26080049 | | Email/Text: bnc-quantum@quantum3group.com | Nov 06 2026 20:22:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 26080047 | | Email/Text: bnc-quantum@quantum3group.com | Nov 06 2026 20:22:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 26080050 | + | Email/Text: bankruptcy@rentacenter.com | Nov 06 2026 20:34:00 | Rent A Center, 5501 Headquarters Drive, Plano, TX 75024-5837 |

| | | | | |
|---|---|---|---|---|
| 26208263 | + | Email/Text: bankruptcy@rentacenter.com | Nov 06 2026 20:34:00 | Rent-A-Center, PO Box 1667, Draper, UT 84020-1667 |
| 26080054 | | Email/Text: bankruptcy@springoakscapital.com | Nov 06 2026 20:20:00 | Spring Oaks, 1400 Crossways Blvd, Chesapeake, VA 23320 |
| 26080055 | | Email/Text: bankruptcy@springoakscapital.com | Nov 06 2026 20:20:00 | Spring Oaks Capital SPV LLC, PO Box 1216, Chesapeake, VA 23327 |
| 26080056 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 06 2026 20:28:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 26080059 | | Email/Text: collections@transformcredit.com | Nov 06 2026 20:20:00 | Transform Credit Inc, Attn: Bankruptcy, 1440 W Taylor St # 431, Chicago, IL 60607-4623 |
| 26080058 | + | Email/Text: BNCnotices@dcmservices.com | Nov 06 2026 20:21:00 | The Bortolazzo Group LLC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 26080060 | + | Email/Text: bankruptcy@bbandt.com | Nov 06 2026 20:22:00 | Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 26080061 | ^ | MEBN | Nov 06 2026 20:16:04 | US Auto Sales Inc, c/o Westlake Portfolio Management, 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |
| 26083625 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 06 2026 20:22:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 26080065 | ^ | MEBN | Nov 06 2026 20:15:55 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 26080066 | | Email/Text: bk@worldacceptance.com | Nov 06 2026 20:23:00 | World Finance Corp, Attn: Bankruptcy Department, PO Box 6429, Greenville, SC 29606-6429 |
| 26080067 | + | Email/Text: bk@worldacceptance.com | Nov 06 2026 20:23:00 | World Finance Corp, 104 S Main St, Greenville, SC 29601-2711 |

TOTAL: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 26083754 | *+ | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 26080048 | * | Quantum3 Group LLC as agent for, Concora Credit Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 26205435 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew D. Gleason | on behalf of Creditor Carmax Auto Finance dba CarMax Business Services LLC agleason@lrglaw.com |
| Carrie L Oxendine | on behalf of Debtor Charmayne Alberta Denise Hutchins E-Notice@mattberry.com;berry.associates.carrie@gmail.com;Oxendine.CarrieB147380@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 8 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Matthew Thomas Berry | on behalf of Debtor Charmayne Alberta Denise Hutchins E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@sitekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |
| Susan H. Senay | on behalf of Debtor Charmayne Alberta Denise Hutchins E-Notice@mattberry.com;berry.associates.susan@gmail.com |

TOTAL: 6