**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Charmayne Alberta Denise Hutchins**
2090 Hydrangea Lane
Austell, GA 30106

**xxx−xx−4991**

Case No.: **26−61514−pmb**
Chapter: **13**

**NOTICE TO CHAPTER 13 DEBTOR**
**REGARDING DOMESTIC SUPPORT OBLIGATIONS**

If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a ***Debtor's 11 U.S.C. § 1328 certificate.*** The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

This Notice will be served upon Debtor and counsel for Debtor.

November 6, 2026
Date

Vania S. Allen
Clerk of Court
U. S. Bankruptcy Court

Form 427

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-61514-pmb
Charmayne Alberta Denise Hutchins Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Nov 06, 2026 Form ID: 427 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charmayne Alberta Denise Hutchins, 2090 Hydrangea Lane, Austell, GA 30106-2660 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew D. Gleason | on behalf of Creditor Carmax Auto Finance dba CarMax Business Services LLC agleason@lrglaw.com |
| Carrie L Oxendine | on behalf of Debtor Charmayne Alberta Denise Hutchins E-Notice@mattberry.com;berry.associates.carrie@gmail.com;Oxendine.CarrieB147380@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 8 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Matthew Thomas Berry | on behalf of Debtor Charmayne Alberta Denise Hutchins E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@sitekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |

Susan H. Senay
on behalf of Debtor Charmayne Alberta Denise Hutchins E-Notice@mattberry.com;berry.associates.susan@gmail.com

TOTAL: 6